Amir J. Goldstein, Esq. (SBN 255620)
ajg@consumercounselgroup.com
8032 West Third Street, Suite 201
Los Angeles, CA 90048
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL RUBENSTEIN, | ) | CASE NO.:  CV 15-9466-GW(KKx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| EQUIFAX, INC.; and DOES 1 through 10 inclusive, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

/S/ AJG_____   /S/ TPQ_____
Amir J. Goldstein, Esq.                  Thomas P Quinn Jr., Esq.
**Attorney for the Plaintiff**           **Attorney for the Defendant**
                                         **Nokes and Quinn, APC**

                                         SO ORDERED:

Dated: June 7, 2016

                                         *George H. Wu*
                                         _____
                                         GEORGE H. WU, U.S. District Judge

(Proposed) Order re Dismissal